No. 24926

Alice C. Mitchell v. American Family Mutual
Insurance Company, garnishee
(502 P.2d 79)

Decided September 5, 1972.

Hill and Hill, Alden T. Hill, Alden V. Hill, for plaintiff-appellee.

Warberg and Mast, Sonja E. Warberg, D. Chet Mast, for defendant-appellant.

*En Banc.*

MR. JUSTICE ERICKSON delivered the opinion of the Court.

Judgment was entered against appellant insurance company, as garnishee, for damages found against its insured, and the insurance company appealed. The case which found liability has been reversed and remanded for new trial. *Dolan v. Mitchell,* 179 Colo. 359, 502 P.2d 72. The garnishee's

liability is not established. Hence, the garnishment is vacated and the appeal dismissed.

MR. JUSTICE DAY not participating.